IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOEL GARCIA NUNEZ,      Petitioner, | § § § | |
| V. | § § | No. 3:03-CV-2812-K |
| DOUGLAS DRETKE, Director, Texas Department of Criminal Justice, Correctional Institutions Division,      Respondent. | § § § § § | |

## ORDER ADOPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney on Joel Garcia Nunez's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2254. The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. Finding no error, the Court adopts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 12th day of December, 2005.

    s/Ed Kinkeade
ED KINKEADE
UNITED STATES DISTRICT JUDGE